# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**RAFAEL PEREZ** | Case No.: 4:19-CR-00020-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Rafael Perez** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for July 2, 2019, and to continue the trial until the Court's January 2020 trial term. The Government does not oppose this motion. Defendant was arraigned on June 4, 2019, and is currently in custody. Additional time is needed for pretrial investigation and research. The Court finds that it is in the interests of justice to allow the parties to complete investigation and research and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the **January 2020 Trial Term** before this Court. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **26th** day of **June, 2019.**

                                                                                     s/Clay D. Land
                                                                                   HONORABLE CLAY D. LAND
                                                                                   UNITED STATES DISTRICT COURT