# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RAFAEL PEREZ** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br>Case No. 4:19-CR-00020-CDL-MSH(1)<br>USM No. 01242-120<br>MICHAEL SIMPKINS, FEDERAL DEFENDERS ORG<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  1 and 2  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a Firearm by a Convicted Felon and Possession of Marijuana with Intent to Distribute in Muscogee County, Georgia. | 03/09/2023 |
| 2 | Failed to notify his probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 03/09/2023 |

The defendant is sentenced as provided in pages 2 through  2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   4387 | December 3, 2024<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1995 | s/ Clay D. Land<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Phenix City, Alabama | CLAY D. LAND<br>UNITED STATES DISTRICT JUDGE<br>Name and Title of Judge |
| | December 10, 2024<br>Date |

DEFENDANT: RAFAEL PEREZ
CASE NUMBER: 4:19-CR-00020-CDL-MSH(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Twenty Four (24) months as to violations 1-2 for a total of Twenty Four (24) months. This term shall run CONSECUTIVELY with the term of imprisonment imposed this date in Middle District of Georgia, Columbus Division, Docket No. 4:23-CR-33-001(CDL), for a total term of imprisonment of One Hundred Sixty One (161) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL